4938-0511-0444

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO.** 4:26-cv-360-DJH

DIAMOND SHANE WARD &
KELLY WARD PLAINTIFFS

v.

**NOTICE OF REMOVAL**
*(electronically filed)*

AUTO OWNERS INSURANCE DEFENDANT

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Auto Owners Insurance, by and through its attorneys, removes this civil action from the Sixth Judicial Circuit Court, Daviess County, Kentucky to this Court. In support of its Notice of Removal, Auto Owners states as follows:

**NATURE OF THE CASE**

1. The removed case involves claims for alleged property damage, which was allegedly caused by hail on or about March 15, 2025. *See* Exhibit 1, Complaint, ¶ 6.

2. Plaintiffs contends the alleged hail damage is a covered loss under a policy of insurance Auto Owners issued to Plaintiffs.

3. As required by 28 U.S.C. § 1446(a), Defendant attached a copy of all process, pleadings, and orders served or attempted to be served upon Defendant. *See* Ex. 1.

4. Plaintiffs' Complaint asserts claims for alleged breach of contract, violations of the Kentucky Unfair Claims Settlement Practices Act, and common law bad faith.

**BASIS FOR FEDERAL JURISDICTION**

5. This Court has jurisdiction over the removed action pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332(a)(1).

6. Federal district courts have original jurisdiction over all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between citizens of different states. 28 U.S.C. § 1332(a)(1).

7. Defendants seeking removal have the burden of proving by a preponderance of the evidence that the jurisdictional requirements have been met. *Gafford v. Gen. Elec. Co.*, 997 F.2d 150, 158 (6th Cir. 1993).

8. Plaintiffs are citizens of Kentucky. Ex. 1, Comp., at ¶ 2.

9. Auto Owners Insurance is a citizen of Michigan.

10. Thus, complete diversity exists between Plaintiff and Defendant since Defendant is not from the same state as Plaintiff. 28 U.S.C. § 1332(a)(1).

**AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED**

11. It is more probable than not that amount in controversy in this action exceeds $75,000, exclusive of interests and costs. See 28 U.S.C. § 1332(a)(1) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs ….").

12. In response to Auto Owners' requests for admission, Plaintiffs admitted that Plaintiffs claim they incurred, or will incur, loss of benefit of their bargain, the amount of their claim, actual damages, punitive damages, attorneys' fees, costs, penalties, pre- and post-judgment interest as a result of the injuries and economic damages Plaintiffs allege to have sustained due to Auto Owners' alleged breach of contract, statutory bad faith, and common law bad faith in an amount that exceeds $75,000.00. Ex. 1, Plaintiffs' Responses to Defendants' Requests for Admissions, Request No. 2. Thus, the amount in controversy is met.

## TIMELINESS OF REMOVAL

13. Pursuant to 28 U.S.C. § 1446(b)(3), removal of this action is timely.

14. On May 8, 2026, the undersigned received a copy of Plaintiffs' answers to Auto Owners' requests for admission.

## VENUE

15. The United States District Court for the Western District of Kentucky is the proper venue for removal under 28 U.S.C. § 1441(a) because the Western District encompasses Daviess County, Kentucky.

## FILING OF REMOVAL PAPERS

16. Pursuant to 28 U.S.C. 1446(d), written notice of this removal has been provided to both Plaintiffs and the Sixth Judicial Circuit Court of Kentucky (Daviess County).

17. Auto Owners does not waive any defenses that might be available to it.

18. Auto Owners reserves the right to amend or supplement its Notice of Removal.

WHEREFORE, Defendant, Auto Owners Insurance, respectfully requests that this action be removed to the United States District Court for the Western District of Kentucky, Owensboro Division, and that this Court exercise jurisdiction over all claims in this action and enter such other relief as may be necessary.

Respectfully submitted,

KEULER, KELLY, HUTCHINS,
BLANKENSHIP & SIGLER, LLP
100 South 4th Street, Suite 400
Paducah, KY 42001
Phone: (270) 448-8888
Fax: (270) 448-0998
jsigler@kkhblaw.com
jlandry@kkhblaw.com

By: /s/ James A. Sigler
James A. Sigler, Esq.

COUNSEL FOR AUTO OWNERS

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served this 15th day of May 2026, via US Mail, addressed to the following:

Bart Denham, Esq., bart@denham.law, Denham Property and Injury Law Firm, 250 W. Main Street, Suite 120, Lexington, KY 40507, *Attorney for Plaintiffs*.

By: /s/ James A. Sigler
James A. Sigler, Esq.